**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PEGGY ELLIS, | § | |
| *Plaintiff,* | § § § | |
| V. | § § | CASE NO. 4:13cv6 |
| WELLS FARGO BANK, N.A., RICHARD PATTON, and GREG BERTRAND, | § § § § § | Judge Clark/Judge Mazzant |
| *Defendants.* | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 12, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Trustee Defendants' Motion to Dismiss [Doc. #11] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Trustee Defendants' Motion to Dismiss [Doc. #11] is

**GRANTED,** and Greg Bertrand and Richard Patton are **DISMISSED** from this case without prejudice.

So **ORDERED** and **SIGNED** on May __7__, 2013.

_____
Ron Clark, United States District Judge